# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                 **Case No.  6:02-cr-171-Orl-28KRS**

**M. SALEEM KHANANI**

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO APPEAR PRO HAC VICE (Doc. No. 1249)** |
| **FILED:** | **August 5, 2008** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Raymond Susmann, Esq., may specially appear as counsel for M. Saleem Khanani with Rick Jancha, Esq., serving as local counsel.  Mr. Susmann shall immediately begin using the CM/ECF docket system and begin filing electronically.  Counsel must register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."  If counsel outside the Middle District of Florida are unable to take the training class offered by the Clerk's Office, counsel must take the tutorial offered on the website before using the system.

The Clerk of Court is directed to mail a copy of this Order to Mr. Susmann.  Thereafter, the Clerk of Court shall not mail copies of documents filed in this case to Mr. Susmann.  He will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on this 12th day of August, 2008.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
Counsel for Defendant